IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DISTRICT

ROGER RANDELL JONES                                              PETITIONER

VS.                                                              CRIMINAL NO. 2:13-cr-21-KS-MTP
                                                                 CIVIL NO. 2:16-cv-155-KS

UNITED STATES OF AMERICA                                         RESPONDENT

## ORDER

The Court notes that Petitioner Roger Randell Jones has filed a Petition pursuant to 28 U.S.C. §2255 [267], and in it he alleges ineffective assistance of counsel. Mr. Jones' attorney at trial and on appeal of the underlying case was Mr. Wesley Broadhead. The Government was represented by Ms. Annette Williams.

The Court orders and directs that within twenty (20) days of the date of this Order that Mr. Broadhead file, in affidavit form, his response to the allegations of ineffective assistance of counsel set forth in the Petition. Further, the Court orders and directs that within twenty (20) days of the filing of Mr. Broadhead's response to this Order, the Government should file its response to the Petition [267]. Upon the filing of the affidavit by Mr. Broadhead and the answer to the Petition by the Government, a copy should be served on Mr. Jones at his address listed on the ECF.

SO ORDERED this the   24th   day of May, 2017.

                                                                 s/ Keith Starrett
                                                                 UNITED STATES DISTRICT JUDGE