IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                              CRIMINAL NO. 2:13-cr-21-KS-MTP-002

ROGER RANDELL JONES

## ORDER

THIS CAUSE IS BEFORE THE COURT on a statement which the Court interprets as a Motion to file under the First Step Act for a reduction of sentence. The Court finds that the Movant, Roger Randell Jones, has the right to file whatever he desires in this Court. There is no further relief requested in this Statement, and if the Defendant desires to file under the First Step Act he should file the Petition with the Clerk of Court.

SO ORDERED this the ___9th___ day of February, 2021..

_____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE